# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

143871 & (50)

In re R.G. BRINKER IV, Minor.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143871
COA: 302305
Crawford CC Family Division
LC No. 09-003712-NA

_____/

On order of the Court, the application for leave to appeal the September 20, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Crawford Circuit Court for the ministerial task of correcting the February 18, 2009 Order of Adjudication (a copy of which was not included in the circuit court file) to reflect that the circuit court assumed jurisdiction over the minor child based solely on the admissions of the respondent-mother. According to the transcript of the pretrial hearing on February 12, 2009, respondent-father did not enter a plea or make any admissions to the allegations in the neglect petition. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motion for peremptory reversal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

Clerk

y1116